HAWTHORN ENVIRONMENTAL PRES-
ERVATION ASSOCIATION et al.,
Plaintiffs-Appellees,

v.

William T. COLEMAN, Secretary of the
United States Department of Transpor-
tation, et al., Defendants,

Thomas D. Moreland, Commissioner of
the Georgia Department of Transpor-
tation, Defendant-Appellant.

No. 76–2795.

* Senior District Judge of the Eastern District of
Virginia, sitting by designation.

Arthur K. Bolton, Atty. Gen., Roland F.
Matson, Asst. Atty. Gen., Robert S. Stubbs,
II, Exec. Asst. Atty. Gen., Richard L. Cham-
bers, 1st Asst. Atty. Gen., Marion O. Gor-
don, Senior, Asst. Atty. Gen., Daniel M.
Bennie, Asst. Reg. Counsel, Atlanta, Ga.,
Edmund B. Clark, Chief, Appellate Court,
Lands Div., Dept. of Justice, Washington,
D. C., for defendant-appellant.

Steven E. Fanning, George C. Rosenz-
weig, Atlanta, Ga., for plaintiffs-appellees.

Before GODBOLD and CLARK, Circuit
Judges, and HOFFMAN,* District Judge.

PER CURIAM:

This is an appeal from the district court's
granting of a preliminary injunction[1] re-
straining the state of Georgia from pro-
ceeding with the construction of a portion
of a highway near Newnan, Georgia, with-
out first preparing an environmental im-
pact statement under the National Environ-
mental Policy Act of 1969[2] and complying
with other federal and state requirements.
We have considered the interrelation be-

1. 417 F.Supp. 1091 (N.D.Ga., 1976).

2. 42 U.S.C. §§ 4331 *et seq.*

tween the Phase I and Phase II portions of the highway construction involved, the issue of segmentation, and the problem of when the federal imprimatur attaches to a state highway project. Under the limited review of an appeal from a temporary injunction, *Morgan v. Fletcher*, 518 F.2d 236, 239 (CA5, 1975), we find no misapplication of the law or abuse of discretion by the district judge.

AFFIRMED.